UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:                                                          CHAPTER 13

ESSA ABDULLATIF AL-KADARI, XXX-XX-5443     CASE NO. 13-15311 MER
Debtor,

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
Services,

Movant,

vs.

ESSA ABDULLATIF AL-KADARI, XXX-XX-5443
Debtor
Douglas B. Kiel, Chapter 13 Trustee,
Respondents.

**LOCAL BANKRUPTCY FORM 4001-1.2**
_____

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**
_____

      On **August 20, 2015**, Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled Motion For Relief From Stay (Docket No__31___). Movant hereby certifies and shows the court:

      1.   Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the court, (Docket No. _31___), as is shown on the certificate of service previously filed with the notice.

      2.   A hearing on said motion was scheduled for **September 9, 2015** at 9**:30 A.M.**

      3.   No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 31 ), granting the requested relief.

Dated: September 16, 2015

/s/ Iman Tehrani
Deanna L. Westfall, #23449
Iman Tehrani, #44076
Eldorado Bldg. 2, 11101 West 120th Ave.,
Suite 280
Bloomfield, CO 80021
Phone: (800)349-3739
Fax: (206) 269-3493
Email: BKNotices@w-legal.com